## Jesse Evans *against* Boggs, Cocheran and Co.

Death of Plaintiffs in Error suggested if representatives do not appear and revive. Writ of Error abates at the next term.

THE Chief Justice delivered the opinion of the Court.

At the last term of this Court the death of the plaintiff in Error was suggested, and an order obtained for reviving the suit in the name of his representatives when known. It is now said that no representatives have yet been made. By that *laches*, the defendants, who were plaintiffs below, ought not to suffer. The suit must abate. If the representatives when made have merits, they can bring a new writ of Error.